**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AQUALLIANCE, *et al*.,** | **OLD CASE NO: 2:15-CV-01023 MCE CMK** |
| Plaintiffs, | **NEW CASE NO: 1:15-cv-00754 LJO BAM** |
| v. | |
| **UNITED STATES BUREAU OF RECLAMATION, *et al*.,** | **ORDER RELATING AND REASSIGNING CASE** |
| Defendants. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to numerous actions before the undersigned, including *San Luis & Delta-Mendota Water Authority, et al. v. Jewell, et al.*, Lead Case No. 1:09-cv-00407 LJO BAM; *Natural Resources Def. Council, et al. v. Jewell, et al.*, Case No. 1:05-cv-1207-LJO-BAM; and A*qualliance, et al.  v. U.S. Bureau of Reclamation, et al.*, 1:14-cv-00945 LJO BAM.

The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the Court and parties.

1

An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected. On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe. All documents shall bear the new case number: **1:15-cv-00754 LJO BAM.**

IT IS SO ORDERED.

Dated:   **May 18, 2015**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE