DANIEL J. O'HANLON, State Bar No. 122380
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

ANDREA A. MATARAZZO, State Bar No. 179198
JEFFREY K. DORSO, State Bar No. 219379
PIONEER LAW GROUP, LLP
1122 S Street
Sacramento, CA 95811
Telephone: (916) 287-9500
Facsimile: (916) 287-9515

JON D. RUBIN, State Bar No. 196944
General Counsel
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4519
Facsimile: (209) 826-9698

Attorneys for Respondent/Defendant
SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA,<br><br>Petitioners/Plaintiffs,<br><br>vs.<br><br>The UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; SALLY JEWEL, in her capacity; and DOES 1- 100,<br><br>Respondents/Defendants, | Case No. 1:15-cv-00754 LJO BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT MEETING AND EXTEND TIME TO LODGE CEQA RECORD**<br><br>(Cal. Pub. Res. Code §§ 21167.6, 21167.8)<br><br>DATE: July 14, 2015<br>TIME: 11:00 a.m.<br>LOCATION: 400 Capitol Mall, 27th Floor, Sacramento, CA 95814<br><br>Date Action Filed: May 11, 2015 |



The undersigned parties, by their respective counsel, hereby agree and stipulate as follows:

1. The settlement meeting pursuant to California Public Resources Code section 21167.8 presently scheduled for June 26, 2015, shall be continued to July 14, 2015 at 11:00 a.m. at the offices of Kronick Moskovitz Tiedemann & Girard, located at 400 Capitol Mall, 27th Floor, Sacramento, California 95814.

2. The Petition and Complaint on file in the above-referenced action alleges violations of the California Environmental Quality Act ("CEQA"), Public Resources Code sections 21000 et seq. by Respondent/Defendant San Luis & Delta-Mendota Water Authority ("Authority").

3. The Petition and Complaint was filed on May 11, 2015, and served on Respondent/Defendant Authority on May 20, 2015, along with Petitioners/Plaintiffs' "notice of election" to prepare the CEQA record of administrative proceedings under California Public Resources Code section 21167.6(a).

4. The Petition and Complaint on file in the above-referenced action also alleges violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. sections 4321 et seq. by Respondent/Defendant U.S. Bureau of Reclamation.

5. To avoid unnecessary duplication and confusion, the federal record of NEPA proceedings currently in preparation by Respondent/Defendant U.S. Bureau of Reclamation should be completed and lodged with the court prior to the parties certifying and lodging the CEQA record.  As a result, the CEQA record cannot be certified and lodged with the Court within the 60-day period identified in California Public Resources Code section 21167.6(b).  California Public Resources Code section 21167.6(c) provides that a court may extend that period upon stipulation of all parties.

6. If and to the extent it applies to proceedings in this Court, then the time for certifying and lodging the CEQA administrative record identified in California Public Resources Code section 21167.6(b) is extended to September 21, 2015.

7. The petitions/complaints and answers shall serve as the parties' respective statements of issues under California Public Resources Code section 21167.8(f), if and to the extent it applies in the above-referenced action.

8. Nothing in this stipulation constitutes evidence of agreement or consent regarding the



substantive issues in this case.

DATE:  June 25, 2015                KRONICK MOSKOVITZ TIEDEMANN
                                    & GIRARD


                                    By:   */s/ Daniel J. O'Hanlon*
                                          DANIEL J. O'HANLON
                                          Attorneys for Respondent/Defendant
                                          SAN LUIS & DELTA-MENDOTA
                                          WATER AUTHORITY


DATE:  June 29, 2015                PIONEER LAW GROUP, LLP


                                    By:   */s/ Andrea A. Matarazzo*
                                          ANDREA A. MATARAZZO
                                          Attorneys for Respondent/Defendant
                                          SAN LUIS & DELTA-MENDOTA
                                          WATER AUTHORITY


DATE:  June 29, 2015                U.S. DEPARTMNET OF JUSTICE


                                    By:   */s/ Anna K. Stimmel (as authorized on 6/29/15)*
                                          ANNA K. STIMMEL
                                          Attorneys for Respondent/Defendant
                                          U.S. DEPARTMENT OF JUSTICE


DATE:  June 24, 2015                AQUA TERRA AERIS LAW GROUP


                                    By:   */s/ Jason R. Flanders*
                                          JASON R. FLANDERS
                                          Attorneys for Petitioners/Plaintiffs
                                          AQUALLIANCE and CALIFORNIA
                                          SPORTFISHING PROTECTION ALLIANCE

/ / /

/ / /

/ / /

/ / /



| | | |
|---|---|---|
| DATE: June 29, 2015 | | LAW OFFICES OF MICHAEL B. JACKSON |

By: */s/ Michael B. Jackson (as authorized on 6/26/15)*
MICHAEL B. JACKSON
Attorneys for Petitioners/Plaintiffs
AQUALLIANCE and CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

DATE: June 29, 2015                SOLURI MESERVE, A LAW CORPORATION

By:   */s/ Osha R. Meserve*
OSHA R. MESERVE
Attorneys for Petitioners/Plaintiffs
LOCAL AGENCIES OF THE NORTH
DELTA, CENTRAL DELTA WATER
AGENCY, SOUTH DELTA WATER
AGENCY

**ORDER**

IT IS SO ORDERED.

Dated: __**June 30, 2015**__                 /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

