**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA, <br><br>　　Petitioners/Plaintiffs, <br><br>vs. <br><br>The UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; SALLY JEWEL, in her capacity; and DOES 1- 100, <br><br>　　Respondents/Defendants, | Case No. 1:15-cv-00754 LJO BAM <br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT MEETING AND EXTEND TIME TO LODGE CEQA RECORD** |

The undersigned parties, by their respective counsel, hereby agree and stipulate as follows:

1. The settlement meeting pursuant to California Public Resources Code section 21167.8 presently scheduled for June 26, 2015, shall be continued to July 14, 2015 at 11:00 a.m. at the offices of Kronick Moskovitz Tiedemann & Girard, located at 400 Capitol Mall, 27th Floor, Sacramento, California 95814.

2. The Petition and Complaint on file in the above-referenced action alleges violations of the California Environmental Quality Act ("CEQA"), Public Resources Code sections 21000 et seq. by Respondent/Defendant San Luis & Delta-Mendota Water Authority ("Authority").

3. The Petition and Complaint was filed on May 11, 2015, and served on Respondent/Defendant Authority on May 20, 2015, along with Petitioners/Plaintiffs' "notice of election" to prepare the CEQA record of administrative proceedings under California Public Resources Code section 21167.6(a).

4. The Petition and Complaint on file in the above-referenced action also alleges violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. sections 4321 et seq. by Respondent/Defendant U.S. Bureau of Reclamation.

5. To avoid unnecessary duplication and confusion, the federal record of NEPA proceedings currently in preparation by Respondent/Defendant U.S. Bureau of Reclamation should be completed and lodged with the court prior to the parties certifying and lodging the CEQA record. As a result, the CEQA record cannot be certified and lodged with the Court within the 60-day period identified in California Public Resources Code section 21167.6(b). California Public Resources Code section 21167.6(c) provides that a court may extend that period upon stipulation of all parties.

6. If and to the extent it applies to proceedings in this Court, then the time for certifying and lodging the CEQA administrative record identified in California Public Resources Code section 21167.6(b) is extended to September 21, 2015.

7. The petitions/complaints and answers shall serve as the parties' respective statements of issues under California Public Resources Code section 21167.8(f), if and to the extent it applies in the above-referenced action.

8. Nothing in this stipulation constitutes evidence of agreement or consent regarding the

substantive issues in this case.

DATE:  June 25, 2015               KRONICK MOSKOVITZ TIEDEMANN
                                   & GIRARD


                                   By:   */s/ Daniel J. O'Hanlon*
                                         DANIEL J. O'HANLON
                                         Attorneys for Respondent/Defendant
                                         SAN LUIS & DELTA-MENDOTA
                                         WATER AUTHORITY


DATE:  June 29, 2015               PIONEER LAW GROUP, LLP


                                   By:   */s/ Andrea A. Matarazzo*
                                         ANDREA A. MATARAZZO
                                         Attorneys for Respondent/Defendant
                                         SAN LUIS & DELTA-MENDOTA
                                         WATER AUTHORITY


DATE:  June 29, 2015               U.S. DEPARTMENT OF JUSTICE


                                   By:   */s/ Anna K. Stimmel (as authorized on 6/29/15)*
                                         ANNA K. STIMMEL
                                         Attorneys for Respondent/Defendant
                                         U.S. DEPARTMENT OF JUSTICE


DATE:  June 24, 2015               AQUA TERRA AERIS LAW GROUP


                                   By:   */s/ Jason R. Flanders*
                                         JASON R. FLANDERS
                                         Attorneys for Petitioners/Plaintiffs
                                         AQUALLIANCE and CALIFORNIA
                                         SPORTFISHING PROTECTION ALLIANCE


DATE:  June 29, 2015               LAW OFFICES OF MICHAEL B. JACKSON


                                   By:   */s/ Michael B. Jackson (as authorized on 6/26/15)*
                                         MICHAEL B. JACKSON
                                         Attorneys for Petitioners/Plaintiffs

AQUALLIANCE and CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATE: June 29, 2015

SOLURI MESERVE, A LAW CORPORATION

By:   */s/ Osha R. Meserve*
     OSHA R. MESERVE
     Attorneys for Petitioners/Plaintiffs
     LOCAL AGENCIES OF THE NORTH DELTA, CENTRAL DELTA WATER AGENCY, SOUTH DELTA WATER AGENCY

IT IS SO ORDERED.

Dated: **June 30, 2015**     **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE