Jason R. Flanders (SBN 238007)
AQUA TERRA AERIS LAW GROUP
409 45th Street
Oakland, CA 94609
Phone: 916-202-3018
Email: jrf@atalawgroup.com

Michael B. Jackson (SBN 53808)
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007
Email: mjatty@sbcglobal.net

*Attorneys for Petitioners and Plainitffs AquAlliance and California Sportfishing Protection Alliance*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 2014240)
SOLURI MESERVE, A LAW CORPORATION
1010 F Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 455-7300
Facsimile: (916) 244-7300

*Attorneys for Petitioners and Plaintiffs Local Agencies of the North Delta, Central Delta Water Agency, South Delta Water Agency*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUALLIANCE, et al.<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.<br><br>Defendants and Respondents. | Case No. 1:15-cv-00754-LJO-BAM<br><br>**JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND RECORD CERTIFICATION**<br><br>**Mag. Judge Barbara A. McAuliffe**<br>**Action Filed: May 11, 2015** |

STIPULATION AND ORDER

By their counsel and pursuant to Local Rule 144(a), the parties have stipulated that the dates for filing briefs as to the claims in this matter, and certifying the administrative record of proceedings for the California Environmental Quality Act ("CEQA") claims in this matter, will be modified as described in the schedule below. This modification is necessary due to the volume and complexity of the administrative records of proceedings for the project at issue. Accordingly, the parties need additional time for certification of the record and briefing.

**Amended Dates for Filing Briefs and Certification of CEQA Record**

| | |
|---|---|
| On or before January 27, 2016 | Petitioners/Plaintiffs to provide Respondent/Defendant San Luis & Delta Mendota Water Authority with CEQA Record. |
| On or before February 2, 2016 | Respondent/ Defendant San Luis & Delta Mendota Water Authority to certify CEQA Record. |
| On or before February 5, 2016 | Petitioners/Plaintiffs to serve and lodge CEQA Record. |
| On or before April 29, 2016 | Petitioners/Plaintiffs file their opening brief in support of their cross motion(s) for summary judgment. |
| On or before July 1, 2016 | Respondents/Defendants and file their combined cross motion(s) for summary judgment and oppositions to Petitioners'/Plaintiffs' motion(s) for summary judgment. |
| On or before August 18, 2016 | Petitioners/Plaintiffs file their combined opposition to Defendants' motion(s), and reply in support of Petitioners'/Plaintiffs' motion(s) for summary judgment. |
| On or before September 22, 2016 | Respondents/Defendants file their replies in support of their cross-motion(s) for summary judgment. |

Based on the parties' stipulation and GOOD CAUSE APPEARING, the schedule for certification of the CEQA record, and briefing on cross-motions for summary judgment, is HEREBY modified as stated.  The motion hearing currently scheduled before United States

1  District Judge Lawrence J. O'Neill on September 22, 2016, is HEREBY VACATED.  The Court
2  will not set a new hearing date at this time.  If, upon review of the briefing and other papers on
3  file, the Court believes a hearing would be helpful or necessary, one will be set.

5  IT IS SO ORDERED.

   Dated:   **January 22, 2016**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE