UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, et al.<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION, et al.<br><br>     Defendants. | CASE NO.   1:15-CV-754-LJO-BAM<br><br>**ORDER ON UNOPPOSED MOTION FOR AN EXTENSION OF BRIEFING DEADLINES** |

This matter is before the Court on Federal Defendants' Unopposed Motion for an Extension of Briefing Deadlines. Having considered the motion, the lack of opposition, and for good cause shown, the motion is hereby GRANTED and the briefing deadlines are extended as follows:

| | |
|---|---|
| On or before July 15, 2016 | Respondents/Defendants and file their combined cross motion(s) for summary judgment and oppositions to Petitioners'/Plaintiffs' motion(s) for summary judgment. |
| On or before September 15, 2016 | Petitioners/Plaintiffs file their combined opposition to Defendants' motion(s), and reply in support of Petitioners'/Plaintiffs' motion(s) for summary judgment. |
| On or before October 20, 2016 | Respondents/Defendants file their replies in support of their cross-motion(s) for summary judgment. |

IT IS SO ORDERED.

   Dated:   **June 29, 2016**               /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE