UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AQUALLIANCE, et al.

    Plaintiffs,

v.

U.S. BUREAU OF RECLAMATION, et al.

    Defendants.

CASE NO. 1:15-CV-754-LJO-BAM

**ORDER ON UNOPPOSED MOTION FOR AN EXTENSION OF BRIEFING DEADLINES**

    This matter is before the Court on Federal Defendants' Unopposed Motion for an Extension of Briefing Deadlines. Having considered the motion, the lack of opposition, and for good cause shown, the motion is hereby GRANTED and the briefing deadlines are extended as follows:

| | |
|---|---|
| On or before September 15, 2017 | Respondents/Defendants file supplemental briefs. |
| On or before October 23, 2017 | Petitioners/Plaintiffs file their supplemental briefs. |

IT IS SO ORDERED.

    Dated: **August 24, 2017**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE