1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AQUALLIANCE; CALIFORNIA                    Case No.  1:15-cv-00754-LJO-BAM
     SPORTFISHING PROTECTION
12   ALLIANCE; CENTRAL DELTA WATER
     AGENCY; SOUTH DELTA WATER
13   AGENCY; LOCAL AGENCIES OF THE              JUDGMENT
     NORTH DELTA,
14
                    Petitioners and Plaintiffs,
15
            v.
16
     THE UNITED STATES BUREAU OF
17   RECLAMATION; SAN LUIS & DELTA-
     MENDOTA WATER AUTHORITY; U.S.
18   FISH AND WILDLIFE SERVICE; U.S.
     DEPARTMENT OF THE INTERIOR;
19   SALLY JEWELL, in her official capacity;
     and DOES 1 – 100,
20
                    Respondents and Defendants.
21

22

23          Pursuant to and consistent with this Court's February 15, 2018 Memorandum and

24   Decision and Order Re Cross Motions for Summary Judgment (ECF Doc. No. 70):

25          (1)     Plaintiffs' motion for summary judgment is GRANTED IN PART AND DENIED

26                  IN PART;

27          (2)     Defendants' motion for summary judgment is GRANTED IN PART AND

28                  DENIED IN PART;

                                                 1

(3) The United States Bureau of Reclamation's ("Bureau") decision to approve the "10-year water transfer program to move water from sellers located upstream of the Sacramento/San Joaquin Delta ("Delta") to willing buyers south of the Delta" (the "Proposed Action") is VACATED;

(4) The Bureau's Record of Decision (ROD) and Environmental Impact Statement / Environmental Impact Report ("EIS/R") are VACATED;

(5)  No further approvals of transfer of water shall be made on the basis of the vacated ROD and EIS/R.

(6) The U.S. Fish and Wildlife Service's ("Service") Biological Opinion is VACATED;

(7) Plaintiffs' Petition for Writ of Mandate is granted. The San Luis Delta Mendota Water Authority's ("Authority") certification of the EIS/R and approval of the Proposed Action are VACATED;

(8) The Court RETAINS jurisdiction over this proceeding to resolve Plaintiffs' claims for costs and attorneys' fees, pursuant to Local Rules 292 and 293, and the deadlines set forth therein shall be extended to 60 days following entry of this Order and Judgment.

IT IS SO ORDERED.

Dated:  __July 5, 2018__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE