Jason R. Flanders (SBN 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: 916-202-3018
Email: jrf@atalawgroup.com

Michael B. Jackson (SBN 53808)
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007
Email: mjatty@sbcglobal.net

*Attorneys for Petitioners and Plaintiffs AquAlliance and California Sportfishing Protection Alliance*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs Local Agencies of the North Delta, Central Delta Water Agency, South Delta Water Agency*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA,<br><br>Petitioners and Plaintiffs,<br>v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. FISH AND WILDLIFE SERVICE; U.S. DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity; and DOES 1 – 100,<br><br>Respondents and Defendants. | 1:15-cv-00754-LJO-BAM<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION/PETITION FOR ATTORNEYS FEES, COSTS, AND EXPENSES; MEMORANDUM IN SUPPORT<br><br>Hon. Lawrence O'Neill |

| | |
|---|---|
| 1 | <u>NOTICE OF MOTION, MOTION, MEMORANDUM IN SUPPORT</u> |
| 2 | Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"); Federal Rules of Civil |
| 3 | Procedure, Rule 54; Local Rules 292 and 293; and California Code of Civil Procedure, §§ 1021.5 and |
| 4 | 1032; Plaintiffs, AquAlliance, California Sportfishing Protection Alliance, Central Delta Water Agency, |
| 5 | South Delta Water Agency and Local Agencies of the North Delta file this Motion/Petition seeking |
| 6 | attorneys' fees, costs, and expenses incurred in successfully litigating this case. |
| 7 | An award of fees and costs in this matter is appropriate: (1) Plaintiffs are "prevailing parties" |
| 8 | under both state and federal law; (2) Plaintiffs are "eligible parties" to receive an award under EAJA; (3) |
| 9 | no "special circumstances" exist which would preclude such an award; (4) the government cannot meet |
| 10 | its burden to prove that its actions were "substantially justified" under EAJA; (5) Plaintiffs' claims were |
| 11 | necessary to vindicate important public rights and provided substantial public benefit; (6) Plaintiffs' |
| 12 | requested attorneys' hours are reasonable and compensable; (7) Plaintiffs' requested hourly rates are |
| 13 | reasonable and compensable; and (8) Plaintiffs' requested expenses are reasonable and compensable. |
| 14 | Counsel for Plaintiffs in this case have conferred with counsel for Defendants regarding this |
| 15 | motion. Defendants oppose the motion, but have agreed (see Dkt. 85), and continue to agree by |
| 16 | stipulation filed concurrently with this motion, that it is in the interests of the parties and judicial |
| 17 | economy to stay further briefing on the motion to allow the parties to discuss settlement. The parties |
| 18 | have begun and intend to negotiate in good faith to attempt to settle the issue of attorneys' fees, costs, |
| 19 | and other litigation expenses, and desire sufficient time to attempt to settle the present motion without |
| 20 | the need for additional involvement from the Court. |
| 21 | The parties further agree that should settlement prove to be unsuccessful, plaintiffs will file an |
| 22 | amended and updated fees motion, including an updated memorandum in support, declarations, time and |
| 23 | expense sheets, and other documents in support of this motion. To effectuate their agreement regarding |
| 24 | settlement negotiations, plaintiffs and federal defendants are concurrently filing a joint stipulation to stay |
| 25 | and extend the briefing and resolution of this motion. |
| 26 | |
| 27 | |
| 28 | |

1

Plaintiffs' Motion/Petition For Attorneys Fees, Costs, And Expenses

Respectfully submitted,

Dated: July 23, 2018

AQUA TERRA AERIS LAW GROUP

_____
Jason R. Flanders
Attorneys for Petitioners
AquAlliance, California Sportfishing
Protection Alliance
490 43rd St., Ste. 108
Oakland, CA 94609
Email: jrf@atalawgroup.com
Phone: (916) 202-3018

Dated: July 23, 2018

SOLURI MESERVE, A LAW CORPORATION

_____
Patrick M. Soluri
Plaintiffs Attorney for Plaintiffs
Local Agencies of the North Delta, Central
Delta Water Agency, South Delta Water Agency
510 8th Street
Sacramento, CA 95814
Email: patrick@semlawyers.com
Phone: (916) 455-7300