Jason R. Flanders (SBN 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: 916-202-3018
Email: jrf@atalawgroup.com

Michael B. Jackson (SBN 53808)
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007
Email: mjatty@sbcglobal.net

*Attorneys for Petitioners and Plaintiffs AquAlliance and
California Sportfishing Protection Alliance*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs Local Agencies of the North Delta,
Central Delta Water Agency, South Delta Water Agency*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA,<br><br>      Petitioners and Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. FISH AND WILDLIFE SERVICE; U.S. DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity; and DOES 1 – 100,<br><br>      Respondents and Defendants. | 1:15-cv-00754-LJO-BAM<br><br>JOINT STIPULATION TO EXTEND TIME ON SUPPLEMENTAL FILING FOR MOTION/PETITION FOR ATTORNEYS FEES, COSTS, AND EXPENSES; [PROPOSED] ORDER<br><br>Hon. Lawrence O'Neill |

**STIPULATION**

PLAINTIFFS, AquAlliance, California Sportfishing Protection Alliance, Central Delta Water Agency, South Delta Water Agency and Local Agencies of the North Delta; and DEFENDANTS, United States Bureau of Reclamation, United States Fish and Wildlife Service, and San Luis & Delta-Mendota Water Authority file this Joint Stipulation and [Proposed] Order to extend time for supplemental and response filings regarding Plaintiffs' preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses, filed concurrently herewith.

WHEREAS, on June 29, 2018, the Parties lodged a Proposed Final Judgment with the intent that all applicable timelines regarding Plaintiffs' claims for recovery of fees and costs be extended at least thirty (30) days to enable sufficient time for the parties to meet and confer and negotiate in good faith in an attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, on July 5, 2018, the Court entered Judgment in this matter;

WHEREAS, the parties have met and conferred and desire additional time to negotiate in good faith to attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, Plaintiffs are filing, concurrently with this Stipulation and Proposed Order, a preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses; and,

WHEREAS, in furtherance of the intent of the Parties to negotiate in good faith to resolve Plaintiffs' claims for fees and costs without further litigation, no party will contest the timeliness of Plaintiffs' Motion/Petition for Attorneys' Fees, Costs, and Expenses, subject to the deadlines agreed to, below:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

Plaintiffs shall have until September 5, 2018 to file a Supplemental Motion/Petition for Attorneys' Fees, Costs, and Expenses, and Supplemental Memorandum in Support thereof not to exceed twenty (20) pages in length;

Defendants' opposition brief(s) shall be filed no later than October 5, 2018, and shall not exceed forty (40) pages combined;

Plaintiffs' may file a single combined reply brief no later than October 25, which shall not exceed twenty-five (25) pages.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: July 20, 2018      AQUA TERRA AERIS LAW GROUP

By: /s/ Jason R. Flanders
Jason R. Flanders
Attorneys for Petitioners
AquAlliance, California Sportfishing
Protection Alliance

Dated: July 20, 2018      SOLURI MESERVE, A LAW CORPORATION

By: /s/ Patrick M. Soluri
Patrick M. Soluri
Attorney for Plaintiffs
Local Agencies of the North Delta, Central
Delta Water Agency, South Delta Water Agency

Dated: July 20, 2018      KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD
A Professional Corporation

By: /s/ Daniel J. O'Hanlon
Daniel J. O'Hanlon
Attorneys for Defendant/Respondent,
San Luis & Delta-Mendota Water Authority

Dated: July 20, 2018      JEFFREY H. WOOD
Acting Assistant Attorney General

By: /s/ Lee Leininger
R. LEE LEININGER
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1364; Fax: (303) 844-1350
lee.leininger@usdoj.gov

CLIFFORD E. STEVENS, JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

Telephone: (202) 353-7548
Facsimile: (202) 305-0275
Email: clifford.stevens@usdoj.gov

Attorneys for Federal Defendants

ORDER

Pursuant to Stipulation of the Parties, it is so ORDERED:

Plaintiffs shall have until September 5, 2018 to file a Supplemental Motion/Petition for Attorneys' Fees, Costs, and Expenses, and a Supplemental Memorandum in Support thereof not to exceed twenty (20) pages in length;

Defendants' opposition brief(s) shall be filed no later than October 5, 2018, and shall not exceed forty (40) pages combined[1]; and

Plaintiffs' may file a single combined reply brief no later than October 25, which shall not exceed twenty-five (25) pages.

Given this Court's present and anticipated workload, the parties are reminded to make every effort to present to the Court only issues that are truly in dispute and to do so in the most efficient manner possible.

IT IS SO ORDERED.

Dated: __July 26, 2018__          _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES CHIEF DISTRICT JUDGE

---

[1] No individual Defendant's brief may exceed the normal page limit (25 pages).