Jason R. Flanders (SBN 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: 916-202-3018
Email: jrf@atalawgroup.com

Michael B. Jackson (SBN 53808)
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007
Email: mjatty@sbcglobal.net

*Attorneys for Petitioners and Plaintiffs AquAlliance and California Sportfishing Protection Alliance*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs Local Agencies of the North Delta, Central Delta Water Agency, South Delta Water Agency*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA,<br><br>Petitioners and Plaintiffs,<br>v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. FISH AND WILDLIFE SERVICE; U.S. DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity; and DOES 1 – 100,<br><br>Respondents and Defendants. | 1:15-cv-00754-LJO-BAM<br><br>JOINT STIPULATION TO EXTEND TIME ON SUPPLEMENTAL FILING FOR MOTION/PETITION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES; [PROPOSED] ORDER<br><br>Honorable Lawrence O'Neill |

# STIPULATION

Plaintiffs, AquAlliance, California Sportfishing Protection Alliance, Central Delta Water Agency, South Delta Water Agency and Local Agencies of the North Delta; and Defendants United States Bureau of Reclamation, United States Fish and Wildlife Service, and San Luis and Delta-Mendota Water Authority file this Joint Stipulation and Proposed Order to extend time for supplemental and response filings regarding Plaintiffs' Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses, previously filed on July 23, 2018 (ECF No. 87).

WHEREAS, on June 29, 2018, the Parties lodged a Proposed Final Judgment with the intent that all applicable timelines regarding Plaintiffs' claims for recovery of fees and costs be extended at least thirty (30) days to enable sufficient time for the parties to meet and confer and negotiate in good faith in an attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, on July 5, 2018, the Court entered Judgment in this matter;

WHEREAS, the parties met and conferred and desire additional time to negotiate in good faith to attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, Plaintiffs filed a Stipulation and Proposed Order along with a Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses, providing that Plaintiffs would have until September 5th, to file a Supplemental Motion/Petition for Attorneys' Fees, Costs, and Expenses, and Supplemental Memorandum in Support thereof, which was approved by the Court on July 26, 2018 (ECF No. 88); and,

WHEREAS, the parties are continuing to negotiate in good faith and desire additional time to resolve Plaintiffs' claims without further litigation;

WHEREAS, in furtherance of the intent of the Parties to negotiate in good faith to resolve Plaintiffs' claims for fees and costs without further litigation, no party will contest the timeliness of Plaintiffs' Motion/Petition for Attorneys' Fees, Costs, and Expenses, subject to the deadlines agreed to, below:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

Plaintiffs' deadline to file its supplemental motion papers is extended by forty-four (44) days until no later than October 19, 2018, and shall not exceed twenty (20) pages in length;

2

Joint Stipulation to Extend Time on Supplemental Filing for Motion/Petition for
Attorney's Fees, Costs, and Expenses; [Proposed] Order

Defendants' opposition brief shall be filed no later than November 19, 2018, and shall not exceed forty (40) pages combined;

Plaintiffs' may file a single combined reply brief no later than December 13, 2018, which shall not exceed twenty-five (25) pages.

Dated: August 20, 2018　　　　　　　　　　AQUA TERRA AERIS LAW GROUP

By: /s/ Jason R. Flanders
Jason R. Flanders
Attorneys for Plaintiffs
AquAlliance, California Sportfishing
Protection Alliance

Dated: August 20, 2018　　　　　　　　　　SOLURI MESERVE, A LAW CORPORATION

By: /s/ Patrick M. Soluri
Patrick M. Soluri
Attorney for Plaintiffs
Local Agencies of the North Delta, Central
Delta Water Agency, South Delta Water Agency

Dated: August 20, 2018　　　　　　　　　　KRONICK, MOSKOVITZ, TIEDEMANN &
　　　　　　　　　　　　　　　　　　　　GIRARD
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

By: /s/ Daniel J. O'Hanlon
Daniel J. O'Hanlon
Attorneys for Defendant/Respondent
San Luis & Delta-Mendota Water Authority

Dated: August 20, 2018　　　　　　　　　　PIONEER LAW GROUP

By: /s/ Andrea A. Matarazzo
Andrea A. Matarazzo
Attorneys for Defendant/Respondent
San Luis & Delta-Mendota Water Authority

| | |
|---|---|
| Dated: August 20, 2018 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division |
| | By: /s/ R. Lee Leininger<br>R. Lee Leininger<br>Natural Resources Section<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>Telephone: (303) 844-1364<br>Facsimile: (303) 844-1350<br>Email: lee.leininger@usdoj.gov |
| | By: /s/ Clifford E. Stevens, Jr.<br>Clifford E. Stevens, Jr.<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 353-7548<br>Facsimile: (202) 305-0275<br>Email: clifford.stevens@usdoj.gov |
| | Attorneys for Federal Defendants |

**[PROPOSED] ORDER**

Pursuant to Stipulation of the Parties, it is so ORDERED:

Plaintiffs shall have until October 19, 2018 to file a Supplemental Motion/Petition for Attorneys' Fees, Costs, and Expenses, and Supplemental Memorandum in Support thereof not to exceed twenty (20) pages in length;

Defendants' opposition brief shall be filed no later than November 19, 2018, and shall not exceed forty (40) pages combined;

Plaintiffs' may file a single combined reply brief no later than December 13, 2018, which shall not exceed twenty-five (25) pages.

DATE: _____    _____
                                 UNITED STATES CHIEF DISTRICT JUDGE