Jason R. Flanders (SBN 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd St., Ste. 108
Oakland, CA 94609
Phone: 916-202-3018
Email: jrf@atalawgroup.com

Michael B. Jackson (SBN 53808)
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007
Email: mjatty@sbcglobal.net

*Attorneys for Petitioners and Plaintiffs AquAlliance and California Sportfishing Protection Alliance*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs Local Agencies of the North Delta, Central Delta Water Agency, South Delta Water Agency*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY; LOCAL AGENCIES OF THE NORTH DELTA,<br><br>    Petitioners and Plaintiffs,<br>v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. FISH AND WILDLIFE SERVICE; U.S. DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity; and DOES 1 – 100,<br><br>    Respondents and Defendants. | 1:15-cv-00754-LJO-BAM<br><br>JOINT STIPULATION TO STAY SUPPLEMENTAL FILING FOR MOTION/PETITION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES; ORDER<br><br>Honorable Lawrence O'Neill |

## STIPULATION

Plaintiffs, AquAlliance, California Sportfishing Protection Alliance, Central Delta Water Agency, South Delta Water Agency and Local Agencies of the North Delta; and Federal Defendants United States Bureau of Reclamation, United States Fish and Wildlife Service, and San Luis and Delta-Mendota Water Authority file this Joint Stipulation and Proposed Order to stay for a period of sixty (60) days after mandate issues from the Ninth Circuit Court of Appeals, the supplemental and response filings regarding Plaintiffs' Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses, previously filed on July 23, 2018 (ECF No. 87).

WHEREAS, on June 29, 2018, the Parties lodged a Proposed Final Judgment with the intent that all applicable timelines regarding Plaintiffs' claims for recovery of fees and costs be extended at least thirty (30) days to enable sufficient time for the parties to meet and confer and negotiate in good faith in an attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, on July 5, 2018, the Court entered Judgment in this matter;

WHEREAS, the parties met and conferred and desire additional time to negotiate in good faith to attempt to resolve Plaintiffs' claims without further litigation;

WHEREAS, Plaintiffs filed a Stipulation and Proposed Order along with a Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses, providing that Plaintiffs would have until September 5th, to file a Supplemental Motion/Petition for Attorneys' Fees, Costs, and Expenses, and Supplemental Memorandum in Support thereof, which was approved by the Court on July 26, 2018 (ECF No. 88);

WHEREAS, Federal Defendants filed a Notice of Appeal on August 31, 2018 (Case no. 18-16780); and,

WHEREAS, Plaintiffs filed a Cross Appeal on September 14, 2018 (Case no. 18-16666);

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

To stay all deadlines regarding the supplemental and response filings regarding Plaintiffs' Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses until sixty (60) days after mandate issues from the 9th Circuit Court of Appeals.

Dated: September 25, 2018             AQUA TERRA AERIS LAW GROUP

By: /s/ Jason R. Flanders
Jason R. Flanders
Attorneys for Petitioners
AquAlliance, California Sportfishing
Protection Alliance

Dated: September 25, 2018             SOLURI MESERVE, A LAW CORPORATION

By: /s/ Patrick M. Soluri
Patrick M. Soluri
Attorney for Plaintiffs
Local Agencies of the North Delta, Central
Delta Water Agency, South Delta Water Agency

Dated: September 25, 2018             PIONEER LAW GROUP

By: /s/ Andrea A. Matarazzo
Andrea A. Matarazzo
Attorneys for Defendant/Respondent,
San Luis & Delta-Mendota Water Authority

Dated: September 25, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General

By: /s/ Lee Leininger
R. LEE LEININGER
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1364; Fax: (303) 844-1350
lee.leininger@usdoj.gov

CLIFFORD E. STEVENS, JR.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-7548
Facsimile: (202) 305-0275
Email: clifford.stevens@usdoj.gov

Attorneys for Federal Defendants

**ORDER**

Pursuant to Stipulation of the Parties, it is so ORDERED:

The supplemental and response filings regarding Plaintiffs' Preliminary Motion/Petition for Attorneys' Fees, Costs, and Expenses is stayed until sixty (60) days after mandate issues from the 9th Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **September 26, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE